Decided June 8, 2017

| | | |
|---|---|---|
| Brady J.C., Matter of (Damaris F.R.) | 4th Dept: 148 AD3d 1691 | denied* |
| Branch v Community Coll. of the County of Sullivan | 3d Dept: 148 AD3d 1410 | denied |
| Broadway Bretton, Inc., Matter of, v New York State Div. of Hous. & Community Renewal | 1st Dept: 146 AD3d 406 | denied |
| Carpenter, Matter of, v New York City Hous. Auth. | 1st Dept: 146 AD3d 674 | denied* |
| City of Long Beach, Matter of, v Long Beach Professional Firefighters Assn., Local 287 | 2d Dept: 143 AD3d 710 | denied |
| Clinton Hill Holding 1, LLC v Kathy & Tania, Inc. | 2d Dept: 142 AD3d 631 | denied |
| Estate of Gen Yee Chu v Otsego Mut. Fire Ins. Co. | 2d Dept: 148 AD3d 677 | denied |
| Gaines v 1840 7th Ave. Hous. Dev. Fund Corp. | App Div, 1st Dept: 2017 NY Slip Op 63276(U) | denied |
| Graham, Matter of, v Rawley | 2d Dept: 143 AD3d 816 | denied |
| Graham, Matter of, v Rawley | 2d Dept: 143 AD3d 817 | denied |
| Graham, Matter of, v Rawley | 2d Dept: 148 AD3d 1018 (Appeal Nos. 1, 2, and 3) | denied |
| Harrell, Matter of, v Blue Diamond Sheet Metal | 3d Dept: 146 AD3d 1189 | denied |
| Johnson, Matter of, v Annucci | 3d Dept: 147 AD3d 1123 | denied |
| LAWS Constr. Corp., Matter of, v Contract Dispute Resolution Bd. | 1st Dept: 145 AD3d 523 | denied |
| Mac Truong, Matter of (Truong Dinh Tran) | App Div, 1st Dept: 2017 NY Slip Op 67532(U) | denied* |
| Morphius I., Matter of (Blossom P.I.) | 2d Dept: 147 AD3d 948 | denied* |
| Pater v City of Buffalo | 4th Dept: 141 AD3d 1130 | denied |

* Motion for poor person relief dismissed as academic or denied.